UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

Marina Iskhakova, on behalf of herself and all others similarly situated

                Plaintiff,

-v.-
RESOURCE FURNITURE, LLC

                Defendants.

---------------------------------------------------------------x

Civil Action No: 1:23-cv-1460

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 20, 2023

| **For Plaintiff Marina Iskhakova** | **For Defendant Resource Furniture, LLC** |
|---|---|
| | */s/ Mark A. Berman* |
| */s/ Mark Rozenberg* | Mark A. Berman |
| Mark Rozenberg | Hartmann Doherty Rosa Berman & Bulbulia, LLP |
| Stein Saks, PLLC | |
| One University Plaza | 1270 Avenue of the Americas suite 816 |
| Hackensack, NJ 07601 | New York, NY 10020 |
| Ph: (201) 282-6500 | Ph: (212) 344-4619 |
| mrozenberg@steinsakslegal.com | mberman@hdrbb.com |

1

## CERTIFICATE OF SERVICE

I certify that on November 20, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Mark Rozenberg*
>Mark Rozenberg
>**Stein Saks, PLLC**
>One University Plaza
>Hackensack, NJ 07601
>*Attorneys for Plaintiff*